UNITED STATES of America,
Plaintiff–Appellee,

v.

Sebastian GOMEZ, Defendant–
Appellant.

No. 02–6281.

United States Court of Appeals,
Fourth Circuit.

Submitted April 18, 2002.

Decided April 30, 2002.

Sebastian Gomez, Appellant Pro Se. Marshall Prince, Office of the United States Attorney, Columbia, South Carolina, for Appellee.

Before MOTZ, TRAXLER, and GREGORY, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Sebastian Gomez seeks to appeal the district court's order granting summary judgment to the Government and denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Gomez,* Nos. CR–96–806; CA–01–2486–2–18 (D.S.C. Jan. 25, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*